THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE LINE ) <br> CONSTRUCTION BENEFIT FUND ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TUCKER UNDERGROUND, LLC, and ) <br> TUCKER CONSTRUCTION GROUP, INC., ) <br> D/B/A TUCKER UNDERGROUND, LLC, ) <br> ) <br> Defendants. ) | 1:23-CV-661 <br><br> Honorable Lindsay C. Jenkins |

## **MOTION FOR DEFAULT JUDGMENT**

NOW COME Plaintiffs, TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND ("LINECO"), by and through their undersigned attorney, and move the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, to enter a default judgment on behalf of the Plaintiffs and against Defendants, TUCKER UNDERGROUND, LLC ("Tucker Underground"), a District of Columbia Corporation, and TUCKER CONSTRUCTION GROUP, INC. ("Tucker Construction"), a Maryland Corporation, on the grounds that the Defendants have failed to answer or otherwise defend the Complaint of the Plaintiffs, and in support thereof, state as follows:

1. Plaintiffs filed their Complaint in this case on February 2, 2023. [Dkt. 1].

2. Defendants waived the service of summons on April 26, 2023. [Dkt. 16].

3. The deadline for Defendants to answer the Complaint was June 24, 2023. [Dkt. 16].

4. The parties executed a settlement agreement on October 6, 2023.

5. Pursuant to the parties' settlement agreement, Plaintiffs filed a notice of dismissal on October 20, 2023. [Dkt. 23]. Accordingly, the Court dismissed this case without prejudice on October 23, 2023. [Dkt. 25].

6. Defendants subsequently defaulted on their obligations to LINECO under the parties' settlement agreement. Therefore, Plaintiffs filed a motion to reinstate this case on May 15, 2024. [Dkt. 26].

7. The Court reinstated this case on May 16, 2024, and directed Plaintiffs to serve new summonses on the Defendants. [Dkt. 27].

8. Defendant Tucker Construction was served a new summons on May 22, 2024, and its deadline to answer was June 12, 2024. [Dkt. 28].

9. Defendant Tucker Underground, LLC was served a new summons on June 13, 2024, and its deadline to answer was July 4, 2024. [Dkt. 29].

10. Defendants have failed to appear and have failed to answer or otherwise defend the Plaintiffs' Complaint. As a result, the Court entered default against Defendant Tucker Construction on June 18, 2024 [Dkt. 33], and against Defendant Tucker Underground on July 16, 2024 [Dkt. 36].

11. Count I of Plaintiffs' Complaint is for collection of delinquent fringe benefit contributions, liquidated damages, accrued interest, costs, and attorney's fees due LINECO pursuant to the applicable sections of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1132(g)(2), (a)(3), and 1145, as well as the relevant Collective Bargaining Agreement and Trust Agreement. [Dkt. 1, pp. 4-6].

12. Plaintiffs' Complaint alleges that Defendant Tucker Underground and Defendant Tucker Construction constitute a single integrated business enterprise and have been, at all material times, alter egos and a single employer or, alternatively, joint employers. [Dkt. 1, p. 4].

13. The damages sought in the Complaint totaled $40,948.25, in addition to reasonable attorney's fees and costs and such additional monies that accrued during the pendency of this lawsuit. [Dkt. 1, p. 6].

14. Defendants have become delinquent on additional monthly contributions, and additional interest and liquidated damages have accrued on Defendants' delinquent contributions, since the filing of the Complaint.

15. For the full period covered by this lawsuit, Defendants currently owe $117,958.73 to LINECO, as described in the Declaration of LINECO's Executive Director, Kevin Chesniak, attached hereto as Exhibit 1. This amount comprises delinquent monthly contributions to LINECO for the months of July 2022 through December 2023, and accrued interest and liquidated damages for the months of December 2021 through April 2022 and July 2022 through December 2023.

16. Plaintiffs have incurred a total of $26,316.38 in fees and costs in prosecuting this case, as set forth in the Declaration of Attorney Alex Behn, attached hereto as Exhibit 2, and the billing report of hours and costs incurred, attached hereto as Exhibit 3. The hourly billing rates billed are reasonable, and the time and costs incurred were reasonable and necessary in prosecuting Plaintiff's claims. [Ex. 2].

**WHEREFORE**, Plaintiffs request the following relief:

1. That judgment be entered against Defendants and in favor of Plaintiffs, for which Defendants be held jointly and severally liable, in the amount of $117,958.73, comprising delinquent monthly contributions to LINECO for the months of July 2022 through

December 2023, and accrued interest and liquidated damages for the months of December 2021 through April 2022 and July 2022 through December 2023.

2. That attorney's fees and costs totaling $26,316.38 be awarded to Plaintiffs.

3. That this Court retain jurisdiction, should it grant this motion in favor of Plaintiffs, for the purposes of pursuing collection of delinquent contributions, liquidated damages, interest, and attorney's fees.

4. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

By: */s/ Alex Behn*
      One of Plaintiffs' Attorneys

Alex Behn
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
(312) 263-1500
ajb@ulaw.com
IL ARDC#: 6343323

Dated: July 29, 2024

4