## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trustees of the Line Construction Benefit Fund

Plaintiff,

v.

Case No.: 1:23−cv−00661

Honorable Lindsay C. Jenkins

Tucker Underground, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2024:

MINUTE entry before the Honorable Lindsay C. Jenkins: Status hearing held. For the reasons stated in open court, Plaintiff's request for entry of default [32] and motion for default judgment [37] are granted. Judgment Order to issue. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.