THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, </br></br>Plaintiffs, </br></br> v. </br></br> TUCKER UNDERGROUND, LLC, and TUCKER CONSTRUCTION GROUP, INC., D/B/A TUCKER UNDERGROUND, LLC, </br></br> Defendants. | 1:23-CV-661 </br></br> Honorable Lindsay C. Jenkins |

### JUDGMENT ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default judgment, this Court having previously entered default against Defendant TUCKER CONSTRUCTION GROUP, INC. on June 18, 2024 (Dkt. 33), and against Defendant TUCKER UNDERGROUND, LLC on July 16, 2024 (Dkt. 36), and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1. That the Plaintiffs' motion for entry of default judgment in favor of the Plaintiffs, TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND ("LINECO"), and against the Defendants, TUCKER UNDERGROUND, LLC, a District of Columbia Corporation, and TUCKER CONSTRUCTION GROUP, INC., a Maryland Corporation, is hereby granted, and judgment is hereby entered on the terms set forth herein.

2. That the Complaint filed by the Plaintiffs against the Defendants is hereby taken as confessed.

3.  That judgment is entered against the Defendants and in favor of the Plaintiffs in the amount of ONE HUNDRED SEVENTEEN THOUSAND NINE HUNDRED FIFTY-EIGHT AND 73/100 DOLLARS ($117,958.73), comprising delinquent monthly contributions to LINECO for the months of July 2022 through December 2023, and accrued interest and liquidated damages for the months of December 2021 through April 2022 and July 2022 through December 2023, for which the Defendants shall be jointly and severally liable.

4.  That attorney's fees and costs totaling TWENTY-SIX THOUSAND THREE HUNDRED SIXTEEN AND 38/100 DOLLARS ($26,316.38) are awarded to Plaintiffs, for which the Defendants shall be jointly and severally liable.

5.  The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

DATED: 8/8/2024

ENTERED: 23-cv-661

_____
Hon. Lindsay C. Jenkins
U.S. District Court Judge

Prepared by:
Alex Behn
Plaintiffs' Counsel
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson Blvd., Ste. 720
Chicago, IL 60606
(312) 263-1500
ajb@ulaw.com
IL ARDC # 6343323

2